### THE STATE OF KANSAS v. C. P. WILLIAMS.
**No. 13,570.**   ( 74 Pac. 1133.)

Appeal from Wilson district; L. STILLWELL, judge.
Opinion filed November 7, 1903.   Affirmed.

*C. C. Coleman,* attorney-general, and *E. D. Mikesell,*
county attorney, for The State.
*S. S. Kirkpatrick,* for appellant.

*Per Curiam :*   The defendant in this case was charged
with making fifty-six separate sales of intoxicating liquor
contrary to law.   He was found guilty of the first seven
and acquitted of the remainder.   He says the verdict is not
supported by sufficient evidence, and the witnesses are
counted and classified, and their testimony analyzed, as
was done, no doubt, in the argument to the jury.   From
the record, however, it fairly may be inferred that the de-
meanor of some of the witnesses while testifying had much
to do with the effect of their statements.   The deportment
of the witness while testimony is being given is often in-
dispensable to its valuation.   This the record cannot repro-
duce with the informing effect it had upon the jury.

Hence the jury's estimation of the evidence will not be disturbed.

The defendant further says that the testimony bearing on the seven counts was the same as that relating to the other forty-nine, and concludes that the jury was not heedful of the law and evidence. If so, it would seem to be a matter of gratulation, and not of grief, to the defendant.

The judgment of the district court is affirmed.